RECEIVED
LAKE CHARLES
SEP 27 2010
TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| XU HUI ZHAN | : | DOCKET NO. 10-0656 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| ERIC HOLDER ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Respondent's Motion to Dismiss be **GRANTED**.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 27 day of Sept, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE